AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ROBERTS, VICTORIA A. | 2. Court or Organization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>07/06/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address |
|---|
| UNITED STATES DISTRICT COURT<br>231 W. LAFAYETTE BLVD ROOM 123<br>DETROIT, MI. 48226 |

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Michigan Bar Foundation |
| 2. Member | Simone Road LLC |
| 3. Member | Palmer Road LLC |
| 4. Member | Judy Circle LLC |
| 5. Member | Fairview Dr. LLC |
| 6. Member | Dover Road LLC |
| 7. Member | Burger Road LLC |
| 8. Member | Dearborn Heights Property LLC |
| 9. Member | Ann Arbor Trail LLC |
| 10. Member | Knolson Road LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 07/06/2018 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 07/06/2018 |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of South Carolina | 03/06/2017 to 03/08/2017 | Cape Town, South Africa | Non-FJC educational seminar or program | Hotel, meals, taxi and room taxes |
| 2. | Federal Judicial Center | 03/09/2017 to 03/10/2017 | Windhoek, Namibia | FJC educational seminar or program | Airfare, hotel, meals, taxi and room taxes |
| 3. | Federal Judicial Center | 03/15/2017 to 03/17/2017 | Malibu, CA | FJC educational seminar or program | Airfare, hotel, meals, taxi and room taxes |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/06/2018 |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Simone Road LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 2. Judy Circle LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 3. Fairview Drive LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 4. Dover Road LLC , Wayne County MI | C | Rent | L | W | | | | | |
| 5. Burger Road LLC, Wayne County MI | B | Rent | | | Sold | 11/30/17 | L | E | |
| 6. Dearborn Heights Property LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 7. Palmer Road LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 8. Knolson Road, LLC, Wayne County MI | B | Rent | L | W | | | | | |
| 9. Ann Arbor Trail Assoc. LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 10. Daimler AG - Common Stock | A | Dividend | J | T | | | | | |
| 11. JP Morgan Chase - Checking | A | Interest | J | T | | | | | |
| 12. JP Morgan Chase - Savings | A | Interest | L | T | | | | | |
| 13. Charles Schwab: | | | | | | | | | |
| 14. -Clearbridge Appreciation Fund | A | Dividend | | | Sold | 02/27/17 | J | B | |
| 15. -Charles Schwab Deposit Account | A | Dividend | J | T | | | | | |
| 16. -Lear Corporation | A | Dividend | J | T | | | | | |
| 17. -Market Vectors Intermediate Muni Index | A | Dividend | | | Sold | 02/27/17 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Powershares S&P Low Volatility Portfolio | A | Dividend | K | T | | | | | |
| 19. -Vanguard Interm-Term Exempt Adm | A | Int./Div. | K | T | Sold (part) | 10/05/17 | K | A | |
| 20. -Ishares Gold ETF | A | Dividend | J | T | Buy | 10/05/17 | J | | |
| 21. -Vanguard LTD Term Tax | A | Int./Div. | K | T | Buy | 02/17/17 | K | | |
| 22. -Deutsche Enhanced Cmdy | A | Dividend | J | T | Buy | 02/17/17 | J | | |
| 23. -Vanguard Intl Explorer | A | Dividend | K | T | Buy | 10/05/17 | K | | |
| 24. Charles Schwab IRA: | | | | | | | | | |
| 25. -Delaware Diversified Income Fund | A | Dividend | L | T | | | | | |
| 26. -First Eagle Global Fund | A | Dividend | K | T | Sold (part) | 02/17/17 | K | D | |
| 27. -Franklin Mutual Global Discovery Fund | A | Dividend | K | T | | | | | |
| 28. -Oppenheimer Developing Markets Fund Class Y | A | Dividend | K | T | | | | | |
| 29. -Merk Co., Inc. | A | Dividend | | | Sold | 02/17/17 | J | B | |
| 30. -Vanguard Interm Bond | A | Dividend | L | T | | | | | |
| 31. -Guggenheim S&P 500 Equal Weight | A | Dividend | J | T | | | | | |
| 32. -IShares TR Bond 1-3 Year | A | Dividend | | | Sold | 02/17/17 | K | A | |
| 33. -Ishares Trust MSCI EAFE Small Cap ETF | A | Dividend | K | T | | | | | |
| 34. -Vaneck Vectors Biotech | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Powershares DWA Small Cap Momentum ETF | A | Dividend | | | Sold | 02/17/17 | J | A | |
| 36. -Vanguared Growth | B | Dividend | L | T | | | | | |
| 37. -Wisdomtree Equity Income High Yield Equity | B | Dividend | | | Sold | 10/05/17 | L | D | |
| 38. -Charles Schwab Deposit Account | A | Int./Div. | J | T | | | | | |
| 39. -IShares JPMorgan USD Emg Mkts B ETF | A | Dividend | K | T | | | | | |
| 40. -IShares MSCI Emerging Mkts Min Vol | A | Dividend | K | T | | | | | |
| 41. -Janus High Yield | A | Dividend | K | T | | | | | |
| 42. -Powershares FTSE RAFI Dvlp Mkts ETF | A | Dividend | K | T | | | | | |
| 43. -SPDR DJ Wilshire Int'l Real Estate | A | Dividend | | | Sold | 02/17/17 | J | A | |
| 44. -IShares Core S&P Small Cap ETF | A | Dividend | K | T | | | | | |
| 45. -Pimco 0-5 Year High Yield | A | Dividend | K | T | | | | | |
| 46. -Powershares Variable Rate PRF ETF | A | Dividend | J | T | | | | | |
| 47. -Schwab Funda Emg Mkts | A | Dividend | J | T | Buy | 02/17/17 | J | | |
| 48. -SPDR S&P 600 Small Cap | A | Dividend | J | T | Buy | 02/17/17 | J | | |
| 49. -Vanguard Financials ETF | A | Dividend | J | T | Buy | 02/17/17 | J | | |
| 50. -Wisdomtree US Small Cap | A | Dividend | J | T | Buy | 02/17/17 | J | | |
| 51. -Fidelity New Mkts Income | A | Dividend | K | T | Buy | 02/17/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Vanguard Henderson High | A | Dividend | K | T | Buy | 05/30/17 | K | | |
| 53.  -Vanguard High Yield Corp | A | Dividend | K | T | Buy | 02/17/17 | K | | |
| 54.  -Vanguard Inflation | A | Dividend | J | T | Buy | 02/17/17 | J | | |
| 55.  -FM Intl Fund | A | Dividend | K | T | Buy | 02/17/17 | K | | |
| 56.  -Matthews Asia Dividend | A | Dividend | J | T | Buy | 10/05/17 | J | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 07/06/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **VICTORIA A. ROBERTS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544